No. A-357. MARQUEZ ET AL. *v.* CARTER, PRESIDENT OF THE UNITED STATES, ET AL.; and

No. A-361. PUERTO RICO *v.* MUSKIE, SECRETARY OF STATE, ET AL. C. A. 1st Cir. The order entered by JUSTICE BRENNAN on October 24, 1980, is vacated, and the applications for stay are denied.

No. 79-395. UNITED STATES *v.* MORRISON. C. A. 3d Cir. [Certiorari granted, 448 U. S. 906.] Motion of the Solicitor General to dispense with printing the joint appendix granted.

No. 79-678. SAN DIEGO GAS & ELECTRIC CO. *v.* CITY OF SAN DIEGO ET AL. Ct. App. Cal., 4th App. Dist. [Probable jurisdiction postponed, 447 U. S. 919.] Motion of the Solicitor General for divided argument denied. Motion of San Diego Urban League for divided argument denied.

No. 79-814. DELTA AIR LINES, INC. *v.* AUGUST. C. A. 7th Cir. [Certiorari granted, 446 U. S. 907.] Motion of the Solicitor General for divided argument granted.

No. 79-824. FEDERAL COMMUNICATIONS COMMISSION ET AL. *v.* WNCN LISTENERS GUILD ET AL.;

No. 79-825. INSILCO BROADCASTING CORP. ET AL. *v.* WNCN LISTENERS GUILD ET AL.;

No. 79-826. AMERICAN BROADCASTING COS., INC., ET AL. *v.* WNCN LISTENERS GUILD ET AL.; and

No. 79-827. NATIONAL ASSOCIATION OF BROADCASTERS ET AL. *v.* WNCN LISTENERS GUILD ET AL. C. A. D. C. Cir. [Certiorari granted, 445 U. S. 914.] Motion of respondents for divided argument granted.

No. 79-983. UNITED STATES *v.* WILL ET AL. D. C. N. D. Ill. [Probable jurisdiction postponed, 444 U. S. 1068]; and

No. 79-1689. UNITED STATES *v.* WILL ET AL. D. C. N. D. Ill. [Probable jurisdiction postponed, 447 U. S. 919.] Motion of Washington State Bar Association for leave to file an untimely brief as *amicus curiae* denied.